**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NEIL ZLOZOWER,

                  Plaintiff,

    - against –

ALAMY INC.

                  Defendant.

Docket No. 1:22-cv-00107

## COMPLAINT

Plaintiff Neil Zlozower ("Plaintiff") by and through his undersigned counsel, as and for

his complaint against defendant Alamy Inc. ("Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.     This is an action for copyright infringement under Section 501 of the Copyright

Act.  This action arises out of Defendant's unauthorized reproduction, sale and public display of

two copyrighted photographs of musical band The Black Crowes. The Photographs are owned

and registered by Plaintiff, a California-based professional Photographer.  Accordingly, Plaintiff

seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. §

101 *et seq*.

### JURISDICTION AND VENUE

2.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this

Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and

1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant resides in

and/or transacts business in New York.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5.      Plaintiff is a professional photographer with place of business at 660 N. Sweetzer Ave., #303, Los Angeles, CA 90048.

6.      Upon information and belief, Defendant is a domestic business corporation duly organized and existing under the laws of New York with a principal place of business at 49 Flatbush Ave, # 130, Brooklyn, New York 11217.

7.      At all times material hereto, Defendant has owned and operated a website at the URL: www.alamy.com (the "Website").

**STATEMENT OF FACTS**

**A.      Background and Plaintiff's Ownership of the Photographs**

8.      In 1990, Plaintiff created two photographs of the music band The Black Crowes (the "Photographs").  True and correct copy of the Photographs are attached hereto as Exhibit A.

9.      Plaintiff is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10.      The Photographs were registered with the U.S. Copyright Office and were given Copyright Registration Number VA 2-211-098, effective as of June 12, 2020 (the "098 Registration").  A true and correct copy of the 098 Registration is attached hereto as Exhibit B.

**B.      Defendant's Infringing Activities**

11.      Upon information and belief, Defendant published the Photographs on the Website for the purpose of commercial licensing or sale. See URLS:

https://www.alamy.com/stock-photo-the-black-crowes-promotional-photo-of-us-group-about-1991-39263797.html; https://www.alamy.com/stock-photo-the-black-crowes-promotional-

photo-of-us-group-about-1991-39263914.html (the "Infringing Articles"). Screen shots of

the relevant portion of the Infringing Articles displaying the Photographs are attached hereto as

Exhibit C.

12.     Defendant did not license the Photographs from Plaintiff for its article, nor

did Defendant have Plaintiff's permission or consent to publish or sell the Photographs on

its Website.

13.     Plaintiff actually discovered the alleged infringement on or about

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT)
(17 U.S.C. §§ 106, 501)

14.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-13 above.

15.     Defendant infringed Plaintiff's copyright in the Photographs by reproducing

and publicly displaying the Photographs on the Website.

16.     Defendant is not, and has never been, licensed or otherwise authorized to

reproduce, publically display, distribute and/or use the Photographs.

17.     The acts of Defendant complained of herein constitute infringement of

Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501

of the Copyright Act, 17 U.S.C. §§ 106 and 501.

18.     Upon information and belief, the foregoing acts of infringement by

Defendant have been willful or in reckless disregard of Plaintiff's rights.

19.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages

 and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

20.     Plaintiff is further entitled to his full costs pursuant to Fed.R.Civ.P.

54(d).

21.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     That Plaintiff be awarded actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded his costs pursuant to Fed.R.Civ.P. 54(d);

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).


Dated: New Rochelle, New York
        January 7, 2022

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/jameshfreeman
                                        James H. Freeman

1333A North Ave., Ste 762
New Rochelle, New York 10804
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorneys for Plaintiff*